UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, *on behalf of himself and all others similarly situated*,

                Plaintiff,

– against –

OUR OWN CANDLE COMPANY, INC.,

                Defendant.

**ORDER**

23-cv-1510 (ER)

Ramos, D.J.:

    Plaintiff filed this ADA case on February 23, 2023. Doc. 1. Electronic summons issued on February 24, 2023, Doc. 4, but Plaintiff has not filed any affidavit of service on Defendant. Since then, there has been no activity in the case. Plaintiff is directed to file a status letter by no later than August 31, 2023. Failure to do so will result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 4(m).

    It is SO ORDERED.

Dated:    August 25, 2023
             New York, New York

                                                EDGARDO RAMOS, U.S.D.J.