UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMAR BROWN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>OUR OWN CANDLE COMPANY, INC.,<br><br>　　　　　　　　　　Defendant. | 23-cv-1510 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　Plaintiff filed this case on February 23, 2023. ECF No. 1. Electronic summons issued on February 24, 2023. ECF No. 4. Plaintiff has not filed any affidavit of service on Defendant and there has been no other activity in this case noted on the docket.

　　On August 28, 2023, the Court directed Plaintiff to file a status letter no later than August 31, 2023. ECF No. 5. The Court warned that failure to do so would result in a dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff did not file anything by that deadline.

　　Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m). The Clerk of Court is directed to close the case.

　　SO ORDERED.

Dated: September 6, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge